NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
MINUTE ORDER

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 23 2003
CLERK, U.S. DISTRICT COURT
By _____ Deputy

MAGISTRATE JUDGE JEFF KAPLAN, PRESIDING

THOMAS VS. DELOITTE CONSULTING LP

**CASE NUMBER:**
3-02-CV-343-M

**TYPE of HEARING:**
MOTION HEARING

**TIME:**
10:00 AM

**TOTAL TIME:**
1 hrs 20 mins

**ATTORNEYS:**
  Dft - William Bux -
  Pla - Janette Johnson -

**MINUTE SUMMARY:**
**<MIN 10:04:04 15328| MINUTES >** Oral Arguments Heard.
**<MIN 11:05:59 21292| MINUTES >** Findings and Recommendation read into the record. Defendant's motion for summary judgment is granted in part, denied in part.